# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2256
_____

TORY EARL STONE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Calhoun County.
Brandon J. Young, Judge.

November 7, 2025


PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and LEWIS and TREADWELL, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Joel Daniel Arnold, Assistant Public Defender, Tallahassee, for Appellant; Tory Earl Stone, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.